[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10561

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CHESTER WILLIS, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:22-cr-00026-SCJ-JCF-1

_____

2                    Opinion of the Court                    25-10561

Before LUCK, LAGOA, and WILSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Howle*, 166 F.3d 1166, 1169 (11th Cir. 1999) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).